AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**GERALD FIELDS,**

        **Petitioner,**

                              **JUDGMENT IN A CIVIL CASE**

**v.**

**WARDEN, MARION**          **CASE NO.  C2-11-431**
**CORRECTIONAL INSTITUTION,**     **JUDGE EDMUND A. SARGUS, JR.**
                                      **MAGISTRATE JUDGE NORAH MCCANN KING**

        **Respondent.**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed February 27, 2012, JUDGMENT is hereby entered DISMISSING this action.**

Date:  February 27, 2012                        JAMES BONINI, CLERK

                                                            */S/ Andy F. Quisumbing*
                                                            (By) Andy F. Quisumbing
                                                            Courtroom Deputy Clerk