# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*
Eastern Division

**GERALD FIELDS,**

  **Petitioner,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**WARDEN, MARION**                     **CASE NO.  C2-11-431**
**CORRECTIONAL INSTITUTION,**    **JUDGE EDMUND A. SARGUS, JR.**
                                                      **MAGISTRATE JUDGE NORAH MCCANN KING**

  **Respondent.**

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

  **Pursuant to the ORDER filed February 27, 2012, JUDGMENT is hereby entered DISMISSING this action.**

Date:  February 27, 2012                              JAMES BONINI, CLERK

                                                                        */S/ Andy F. Quisumbing*_____
                                                                        (By) Andy F. Quisumbing
                                                                         Courtroom Deputy Clerk